

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00025-CV

Beatrice **VASQUEZ** and Darryl De La Cruz,
Appellants

v.

**OLD AUSTIN ROAD LAND TRUST**; Joseph Anthony Pizzini, Individually,
and as Trustee of Old Austin Road Land Trust; and John Price;
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20809
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this court's opinion and judgment dated June 14, 2017 are WITHDRAWN. Appellees' motion for rehearing is DENIED.

The portions of the trial court's order granting summary judgment on Appellants' claims against Ralph Carpenter and any portion of the trial court's severance order severing any of Appellants' claims against Ralph Carpenter into the underlying cause are REVERSED, and all of Appellants' claims against Ralph Carpenter remain pending in cause number 2013-CI-20809.

The portion of the trial court's order granting Appellees' no-evidence motion for summary judgment on Appellants' claims against Appellees for common law and statutory fraud, intentional infliction of emotional distress, civil conspiracy, and DTPA violations is AFFIRMED.

The portion of the trial court's order granting Appellees' traditional motion for summary judgment on the affirmative defenses of bona fide purchaser and collateral estoppel and the portion granting Appellees' no-evidence motion on Appellants' trespass-to-try-title claim are REVERSED.

The portion of the trial court's order granting a no-evidence motion for all defendants on appellants' fraudulent transfer claim is REVERSED.

The cause is REMANDED to the trial court for further proceedings.  It is ORDERED that Appellants and Appellees are each responsible for one-half of the costs of court for this appeal.

SIGNED July 26, 2017.

Patricia O. Alvarez, Justice